## MORRISON v. PRESS PUB. CO.

*(Superior Court of New York City, General Term.  July 2, 1891.)*

Action by John Morrison against the Press Publishing Company.

No opinion.  Motion for leave to appeal to the court of appeals granted.
See 13 N. Y. Supp. 955: 14 N. Y. Supp. 131.

---

## PEGRAM v. NEW YORK EL. R. CO.

*(Superior Court of New York City, General Term.  October 10, 1891.)*

Action by John C. Pegram against the New York Elevated Railroad Company.

No opinion.  Motion denied, with $10 costs.  See 14 N. Y. Supp. 769.

---

## PENDLETON v. JOHNSTON.

*(Superior Court of New York City, General Term.  July 2, 1891.)*

Action by James F. Pendleton against Alexander Johnston.

No opinion.  Motion denied, with $10 costs.  See 14 N. Y. Supp. 629.

---

## POOLEY v. SENIOR.

*(Superior Court of New York City, General Term.  July 2, 1891.)*

No opinion.  Motion granted, with $10 costs.

---

## SUTORIUS v. DUNSTAN.

*(Superior Court of New York City, General Term.  July 2, 1891.)*

Action by Edward Sutorius against Eugene W. Dunstan.

No opinion.  Motion denied, with $10 costs.  See 13 N. Y. Supp. 601.

---

## *In re* OPDIKE.

*(Supreme Court, General Term, Fifth Department.  October 23, 1891.)*

Proceedings for the disbarment of Charles E. Opdike, Jr., an attorney at law.

Report of referee confirmed, and respondent removed from the office of attorney and counselor at law.